# EXHIBIT A

Linked**in** Ad Library

Company or advertiser

ad age

Payer

Search by payer name

Keyword

Search by a word or phrase

Country ▾

Date ▾

More ⇌

Search

92 ads match your search criteria

Sort by: **Newest to oldest** ▾

 **Ad Age**
Promoted

Meet the young professionals to keep an eye on–

 **Ad Age**
Promoted

Meet the young professionals to keep an eye on–

 **Ad Age**
Promoted

After unveiling our picks for the 2️5️ best ads of 2025 e

Our ...





 **Ad Age**
Promoted

While Omnicom Group awaits finalization of its acquisition of Interpublic Group of Cos. and WPP reg

**ad agents**
Promoted

Ihre Produkte verdienen weltweite Sichtbarkeit. Mit unser

 **Ad Age**
Promoted

Meet the young professionals to keep an eye on–



**Linkedin** Ad Library

**Ad Age**
Promoted

From menus to media buys, AI powers smarter op

**Ad Age**
Promoted

Perplexity's agent can now buy from Abercrombi

The news: **Perplexity** enabled in-pla...

Mit unserer Amazon-Expertise bringen wir Schweizer Pro

**Jetzt international durchstarten!**

Emerging technology trends brands and agenc

This week's roundup features OpenAI's decision to delay bringing ads to ChatGPT, Perplexity's in-platform checkout...

**ad agents**
Promoted

🚀 LIVE WEBINAR: Server-Side-Tracking

Anmeldungen unter: **https://lnkd.in/ewWhEAiC**

Das Tracking deiner Marketingkampag...

December 9, 2025, 9:00 AM UTC
**Performance im Fokus: Server-Side-Tracking**
Event by ad agents
📹 Online

**Ad Age**
Promoted

Research from Ad Age reveals that modern mark

**Ad Age**
Promoted

Over the next five years, advertising will be defined by ad

🔮 **Introducing the Future of Advertising 2030**

Whitepaper: How Influence in Marketing Decisi

**Ad Age**
Promoted

🥰🎁 Every year, as we prepare for the holidays, the adve

**AD Swiss Net AG**
Promoted

🚀 AD Swiss tritt der Stammgemeinschaft CARA bei

Anfang 2026 ist AD Swiss der Stammgemeinscha

**Beitritt von AD Swiss zur Stammgemeinschaft**
Die Vereine CARA, emedo, eSANITA und neu auch AD S

**Ad Age**
Promoted

**Chris Curtin** came to **Sam's Club** as CMO in Jun

**Sam's Club's CMO on his new role and its holiday campaign with Chris Pratt**

**View details**

Case 2:26-cv-02108-WBS-CSK     Document 1-1     Filed 06/08/26     Page 5 of 5

**Linked** in  Ad Library

---

**Privacy Policy**

**Your California Privacy Choices**

**User Agreement**

**Accessibility**

LinkedIn Corporation 2026