# EXHIBIT B

Ad Library    Ad Library Report    Ad Library API    Branded Content

---

United States          All ads              Ad Age



## Ad Age

**Ads**          About

**~19 results**

Keyword                              Filters          Sort by

**Active status**: Active ads

---

**Active**

Library ID: 1871006243847338

Started running on May 29, 2026

Platforms

See ad details

---

 **Ad Age**
Sponsored

Gaming fosters sustained, focused engagement, but as a new white paper demonstrates, its heightened emotional gameplay also creates an ideal advertising environment. #ad

Read more from our Publishing Partner, Gameloft.





ADAGE.COM
How emotional engagement sets gaming apart
Gaming fosters sustained, focused engagement, but as a new white paper demonstrates, its heightened emotional gameplay also creates an ideal advertising environment.

See details

**Active**

Library ID: 837585052344054

Started running on May 29, 2026

Platforms

See ad details

 **Ad Age**
**Sponsored**

Brands have a distinct advantage when they combine durable content with a creator-driven community and trust. #ad

Read more from our Publishing Partner, YouTube.



ADAGE.COM
How brand and creator content works harder on YouTube
Brands have a distinct advantage when they combine durable content with a creator-driven community and trust.

See details

**Active**

Library ID: 3336921956489799

Started running on May 29, 2026

Platforms

See ad details

**Ad Age**
**Sponsored**

Health consumers today want to take action, but few actually get there. Here's how brands can drive momentum. #ad

Read more from our Publishing Partner, Fullspan Health

Case 2:26-cv-02108-WBS-CSK    Document 1-2    Filed 06/08/26    Page 4 of 14



ADAGE.COM

**98% of health consumers want to act. Only 41% come close.**

Health consumers today want to take action, but few actually get there. Here's how brands can drive momentum.

See details

**Active**

Library ID: 887865937660313

Started running on Jun 2, 2026

Platforms

See ad details

 **Ad Age**
**Sponsored**

A brand's most useful insight is not channel reporting in isolation, but an end-to-end view of campaign architecture. #ad

Read more from our Publishing Partner, BiScience.



ADAGE.COM

**CTV isn't losing. Social video is just growing faster**

A brand's most useful insight is not channel reporting in isolation, but an end-to-end view of campaign architecture.

Learn more

**Active**

Library ID: 2455403071639751

Started running on May 27, 2026

Platforms

See ad details

Case 2:26-cv-02108-WBS-CSK      Document 1-2      Filed 06/08/26      Page 5 of 14

 **Ad Age**
**Sponsored**

The tried-and-true medium converts attention into lasting moments that drive measurable action. #ad

Read more from our Publishing Partner, Freewheel



ADAGE.COM

In an attention economy, TV ads still make the strongest memories

As consumers fluidly jump from social feeds to podcasts, search engines, and streaming apps, capturing meaningful attention has never been more challenging. Amid this clutter, TV – both traditional and streaming – continues to stand apart. Its premium, immersi…

Learn more

**Active**

Library ID: 2284370865420314

Started running on May 27, 2026

Platforms

See ad details

 **Ad Age**
**Sponsored**

How Darkroom built Shadow, an AI infrastructure platform, to capture institutional knowledge across the AI-native advertising agency stack. #ad

Read more from our Publishing Partner, Darkroom.



ADAGE.COM

How AI is reshaping a $422 billion industry

How Darkroom built Shadow, an AI infrastructure platform, to capture institutional knowledge across the AI-native advertising agency stack.

See details

Case 2:26-cv-02108-WBS-CSK    Document 1-2    Filed 06/08/26    Page 6 of 14

**Active**

Library ID: 1335937685102022

Started running on May 30, 2026

Platforms

See ad details

---

 **Ad Age**
**Sponsored**

The agencies winning in today's market are streamlining AI workflows with traditional production methods. #ad

Read more from our Publishing Partner, Filmspark.ai



ADAGE.COM
AI video has a production problem                                        See details
The agencies winning in today's market are streamlining AI workflows with traditional production methods.

---

**Active**

Library ID: 887090664416480

Started running on Jun 2, 2026

Platforms

See ad details

---

 **Ad Age**
**Sponsored**

With solutions like YouTube Creator Partnerships, brands can partner with creators to build compelling influencer marketing and sponsored content campaigns that support their business goals. See what five major brands did to garner nominations in the Best YouTube Creator Collaboration category of the Ad Age A-List & Creativity Awards. #ad

Read more from our Publishing Partner, YouTube.

Case 2:26-cv-02108-WBS-CSK    Document 1-2    Filed 06/08/26    Page 7 of 14



ADAGE.COM
Ad Age Creator Awards Finalists
YouTube Creator Partnerships enable brands to build compelling influencer marketing and sponsored content campaigns that drive results.

Learn more

**Active**

Library ID: 868142135715015

Started running on Jun 4, 2026

Platforms

See ad details

 **Ad Age**
**Sponsored**

Sustaining long-term success in today's market requires real differentiation. #ad

Read more from our Publishing Partner, IAB



ADAGE.COM
Commerce Media's Next Phase
Sustaining long-term success in today's market requires real differentiation.

Learn more

**Active**

Library ID: 1858680568568844

Started running on May 29, 2026

Platforms

See ad details

 **Ad Age**
**Sponsored**

Audacy's sports fandom playbook reveals where avid fandom concentrates and how brands can turn that passion into performance. #ad

Download this white paper today! Made possible by Audacy.



ADAGE.COM

Sports fandom: How today's sports fans show up, engage and drive brand results

The sports fandom playbook reveals where avid fandom concentrates and how brands can turn that passion into performance.

See details

---

**Active**

Library ID: 1845796949435487

Started running on Apr 30, 2026

Platforms

See ad details

---

 **Ad Age**
**Sponsored**

Join Ad Age and Human Made Machine to learn how to take the guesswork out of brand marketing. Discover how to validate creative before launch, balance short- and long-term impact, and optimize media investments with a data-driven approach. #ad

Register today! Made possible by Human Made Machine



EVENT.WEBCASTS.COM

Win before you spend: How to do incredible brand marketing

See details

**Active**

Library ID: 912523975186023

Started running on May 29, 2026

Platforms

See ad details

---



**Ad Age**
Sponsored

Ready to unlock smarter marketing? See how self-improving AI can transform performance and help teams scale results more efficiently. #ad

Made possible by Revmatics.



ADAGE.COM

How self-improving AI teams are reshaping marketing as we know it

Marketers face growing pressure to deliver measurable results while navigating a fast-changing AI landscape. Leading brands are turning to self-improving AI systems to unlock better insights, streamline execution and drive stronger performance across the…

See details

---

**Active**

Library ID: 2182047989260039

Started running on May 29, 2026

Platforms

See ad details

---



**Ad Age**
Sponsored

Created by Bader Rutter along with experts in data science, analytics and psychometrics, Mental Equity measures the conditions that make a brand feel like the reflex choice.

Made possible by Bader Rutter.

Case 2:26-cv-02108-WBS-CSK     Document 1-2     Filed 06/08/26     Page 10 of 14



ADAGE.COM

Mental Equity: Now you can make your brand the reflex choice

Unlock brand growth with Mental Equity™. Make your brand easier to remember, trust, recommend and choose. Download the white paper today.

See details

**Active**

Library ID: 1311434347084219

Started running on May 29, 2026

Platforms

See ad details

 **Ad Age**
**Sponsored**

Standard demographic data not delivering the results you need? Learn how economic insights can help drive double-digit conversion lifts while cutting ad spend. #ad

To learn more, download this white paper today! Made possible by Equifax.



ADAGE.COM

3 ways to power smarter marketing with household economic insights

Standard demographic data not delivering the results you need? Learn how economic insights can help drive double-digit conversion lifts while cutting ad spend.

See details

**Active**

Library ID: 1245368240794099

Started running on May 29, 2026

Platforms

Case 2:26-cv-02108-WBS-CSK     Document 1-2     Filed 06/08/26     Page 11 of 14

See ad details

---

 **Ad Age**
Sponsored

Direct mail is having a moment, and the data shows it's not slowing down. In this 2026 direct mail marketing benchmark report, discover how top brands are improving performance through smarter targeting, stronger personalization and tighter integration with digital channels. #ad

To learn more, download this white paper today! Made possible by Franklin Madison Direct.



ADAGE.COM
2026 direct mail marketing benchmark report
Direct mail is having a moment—and the data shows it's not slowing down. In our new 2026 direct mail marketing benchmark report, we reveal how top brands are improving performance through smarter targeting, stronger personalization, and tighter integration with…

See details

---

**Active**

Library ID: 1019181563795012

Started running on Jun 4, 2026

Platforms

See ad details

---

 **Ad Age**
Sponsored

Viewers show up for their trusted creators, opening a vast realm of opportunities for marketers. #ad

Read more from our Publishing Partner, YouTube.



ADAGE.COM
A look back at the best YouTube creator collaboration finalists from the Ad Age A-List and Creativity Awards

Learn more

Case 2:26-cv-02108-WBS-CSK    Document 1-2    Filed 06/08/26    Page 12 of 14

Viewers saw up to three variations of this version of op shown in the version details.

**Active**

Library ID: 946654521062520

Started running on Mar 30, 2026

Platforms

This ad has multiple versions

See ad details

 **Ad Age**
**Sponsored**

Brands that ignore answer engine optimization (AEO) risk invisibility in the AI era.



ADAGE.COM/AEO
Everything to know about AEO                                          Learn More
Brands that ignore answer engine optimization (AEO) risk invisibility in the AI era.

**Active**

Library ID: 1106426018336650

Started running on Mar 30, 2026

Platforms

This ad has multiple versions

See ad details

 **Ad Age**
**Sponsored**

🔮 Introducing the Future of Advertising 2030



ADAGE.COM/FUTURE-OF-ADS

Explore the Future of Advertising from Ad Age

Over the next five years, advertising will be defined by advances in AI, new consumer behaviors, evolving career paths and shifting agency models. To help marketers prepare, Ad Age gathered insights from more than 100 leaders across brands, agencies, media…

Learn More

---

**Active**    **Low impression count**

Library ID: 1640037507080750

Started running on Jun 8, 2026 · Total active time 1 hr

Platforms

　　Impressions: **<100**

This ad has multiple versions

See ad details

---

 **Ad Age**
**Sponsored**

Meet the young professionals shaping the future of advertising and media—from creative strategists to founders and rising industry leaders.

Low impression count



ADAGE.COM
24 Gen Zers to Watch

See Details

---

**System status**

Case 2:26-cv-02108-WBS-CSK     Document 1-2     Filed 06/08/26     Page 14 of 14

Ad Library API   About ads and data use   Privacy   Terms

Cookies

Meta © 2026 | English (US)