Matthew Jacobs (SBN: 331916)
Jacobs & Wells LLP
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 601-7504
Email: mjacobs@jacobswellsllp.com
*Attorney for Defendant Crain Communications, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMINE CORDOVA<br><br>                    Plaintiff,<br><br>    v.<br><br>CRAIN COMMUNICATIONS, INC.,<br><br>                    Defendant, | Case No. 2:26-cv-02108-WBS-CSK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 143 AND 144<br><br>Complaint Served: June 10, 2026<br>Current Response Date: July 1, 2026<br>Proposed New Response Date: August 31, 2026 |

WHEREAS, Plaintiff Yasmine Cordova, individually and on behalf of others similarly situated ("Plaintiff"), filed a Class Action Complaint on June 8, 2026 (the "Complaint"), naming Crain Communications, Inc. as defendant ("Defendant," and together with "Plaintiff," the "Parties");

WHEREAS, a summons (the "Summons") was issued by the Clerk of Court on June 9, 2026;

WHEREAS, Plaintiff has advised Defendant that the Summons, Complaint and related documents were served on Defendant's registered agent on June 10, 2026;

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

WHEREAS, based on a service date of June 10, 2026, Defendant's answer or other response to the Complaint would be due on July 1, 2026;

WHEREAS, pursuant to Local Rules 143 and 144, Plaintiff has agreed, subject to this Court's approval, to grant Defendant an extension of time within which to respond to the Complaint, to and including August 31, 2026;

WHEREAS, given the nature of the claims and allegations, the Parties believe good cause exists permitting an extension of time for Defendant to respond to the Complaint, with all other deadlines in this matter to be stayed pending the completion of the extension;

WHEREAS, there have been no other extensions of time requested in this action to date;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant shall have an extension of time, up to and including **August 31, 2026**, to respond to Plaintiff's Complaint.

*INTENTIONALLY LEFT BLANK*

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

Dated: July 1, 2026

Respectfully submitted,

JACOBS & WELLS LLP

By:   */s/ Matthew Jacobs*
Matthew Jacobs
*Attorneys for Defendant Crain*
*Communications, Inc.*

Dated: July 1, 2026

TAULER SMITH

By:   */s/ J. Evan Shapiro*
J. Evan Shapiro
*Attorney for Plaintiff Yasmine Cordova*

IT IS SO ORDERED.

Dated:  July 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT