

United States District Court
Eastern District of California

Yasmine Cordova

Plaintiff(s)

V.

Crain Communications, Inc.

Defendant(s)

Case Number: 2:26 cv 02108 WBS CSK

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Melody Wells

hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Crain Communications, Inc.

On _____02/02/2009_____ (date), I was admitted to practice and presently in good standing in the
_____App. Div., Supreme Court, State of NY_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____07/01/2026_____        Signature of Applicant: /s/ _____Melody Wells_____

**Pro Hac Vice Attorney**

Applicant's Name: Melody Wells

Law Firm Name: Jacobs & Wells LLP

Address: 110 N. Wacker Drive

Ste. 2500

City: Chicago     State: IL     Zip: 60606

Phone Number w/Area Code: (312) 625 2095

City and State of Residence: Chicago, IL

Primary E-mail Address: mwells@jacobswellsllp.com

Secondary E-mail Address: info@jacobswellsllp.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Jacobs

Law Firm Name: Jacobs & Wells LLP

Address: 5743 Corsa Ave.

Ste. 208

City: Westlake Village     State: CA     Zip: 91362

Phone Number w/Area Code: (805) 601 7504     Bar # 331916

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE